1   MICHAEL G. BAILEY
    First Assistant United States Attorney
2   District of Arizona
    JASMINE N. LITTLE
3   Special Assistant United States Attorney
    ATTN: ATZS-JAE (CPT Jasmine Little)
4   Fort Huachuca, AZ  85613-7025
    Email: jasmine.n.little.mil@mail.mil
5   Phone:  (520) 533-0580
    Attorneys for Plaintiff

```
┌─────────────────────────────────┐
│  ✓                              │
│ ──── FILED      ──── LODGED      │
│ ──── RECEIVED   ──── COPY        │
│   ┌───────────────────────┐     │
│   │    SEP - 4 2019        │     │
│   └───────────────────────┘     │
│   CLERK U S DISTRICT COURT       │
│      DISTRICT OF ARIZONA         │
│ BY_____DEPUTY │
└─────────────────────────────────┘
```

6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE DISTRICT OF ARIZONA

8

19-07536 MJ

9                                                 INFORMATION
                                              (Class B Misdemeanors)

10

                                      A.R.S. § 28-1381.A.1. Impaired to the
11  United States of America,         Slightest Degree (Class B)

12              Plaintiff,            A.R.S. § 28-1381.A.2.  Driving or Actual
                                      Physical Control With an Alcohol
13  vs.                               Concentration of 0.08 or More Within
                                      Two Hours of Driving (Class B)
14  Cory Marshall Wright,
                                      A.R.S. § 28-1382.A.1. BAC of 0.15 to
15              Defendant.            0.19 (Class B)

16                                    A.R.S. § 28-1382.A.2. Super Extreme
                                      DUI With BAC of .20 or More (Class B)
17

18                                    COUNT I

19          **A.R.S. § 28-1381.A.1. Impaired to the Slightest Degree**

20          On or about 17 March 2019, on Fort Huachuca, a federal military reservation within

21  the District of Arizona, a place within the special maritime and territorial jurisdiction of

22  the United States and on land acquired for the use of the United States and under its

23  exclusive jurisdiction, the defendant did drive or was in physical control of a vehicle while

24  under the influence of intoxicating liquor at the time of driving or being in actual physical

25  control of a vehicle, in violation of A.R.S. § 28-1381.A.1, an Arizona Class One

26  Misdemeanor, as assimilated by the Federal Assimilative Crimes Act, 18 U.S.C. §§ 7 and

27  13, a Federal Class B Misdemeanor.

28

1                                    COUNT II

2   **A.R.S. § 28-1381.A.2. Driving or Actual Physical Control With an Alcohol**

3   **Concentration of 0.08 or More Within Two Hours of Driving**

4          On or about 17 March 2019, on Fort Huachuca, a federal military reservation within

5   the District of Arizona, a place within the special maritime and territorial jurisdiction of

6   the United States and on land acquired for the use of the United States and under its

7   exclusive jurisdiction, the defendant did drive or was in actual physical control of a vehicle

8   while having an alcohol concentration of 0.08 or more within two hours of driving or being

9   in actual physical control of the vehicle, and the alcohol concentration resulted from

10  alcohol consumed either before or while driving or being in actual physical control of the

11  vehicle, in violation of A.R.S. § 28-1381.A.2, an Arizona Class One Misdemeanor, as

12  assimilated by the Federal Assimilative Crimes Act, 18 U.S.C. §§ 7 and 13, a Federal Class

13  B Misdemeanor.

14                                   COUNT III

15              **A.R.S. § 28-1382.A.1. BAC of 0.15 to 0.19**

16         On or about 17 March 2019, on Fort Huachuca, a federal military reservation within

17  the District of Arizona, a place within the special maritime and territorial jurisdiction of

18  the United States and on land acquired for the use of the United States and under its

19  exclusive jurisdiction, the defendant did drive or was in actual physical control of a vehicle

20  while having an alcohol concentration of 0.15 but less than 0.20 within two hours of driving

21  or being in actual physical control of the vehicle, and the alcohol concentration resulted

22  from alcohol consumed either before or while driving or being in actual physical control

23  of the vehicle, in violation of A.R.S. § 28-1382.A.1, an Arizona Class One Misdemeanor,

24  as assimilated by the Federal Assimilative Crimes Act, 18 U.S.C. §§ 7 and 13, a Federal

25  Class B Misdemeanor.

26

27

28
                                     - 2 -

<u>COUNT IV</u>

**A.R.S. § 28-1382.A.2. Super Extreme DUI With BAC of 0.20 or More**

On or about 17 March 2019, on Fort Huachuca, a federal military reservation within the District of Arizona, a place within the special maritime and territorial jurisdiction of the United States and on land acquired for the use of the United States and under its exclusive jurisdiction, the defendant did drive or was in actual physical control of a vehicle while having an alcohol concentration of 0.20 or more within two hours of driving or being in actual physical control of the vehicle, and the alcohol concentration resulted from alcohol consumed either before or while driving or being in actual physical control of the vehicle, in violation of A.R.S. § 28-1382.A.2, an Arizona Class One Misdemeanor, as assimilated by the <u>Federal Assimilative Crimes Act</u>, 18 U.S.C. §§ 7 and 13, a Federal Class B Misdemeanor.

Respectfully submitted this 4th day of September, 2019.

MICHAEL G. BAILEY
First Assistant U.S. Attorney
District of Arizona

JASMINE N. LITTLE
Special Assistant U.S. Attorney